

# NUMBER 13-22-00298-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JESUS GUERRERO,                                                        Appellant,

v.

THE STATE OF TEXAS,                                                    Appellee.

## On appeal from the 319th District Court
## of Nueces County, Texas.

# ORDER OF ABATEMENT

### Before Justices Benavides, Hinojosa, and Silva
### Order Per Curiam

This appeal is before the Court on its own motion. Upon review of the reporter's record, portions of the record are lost, missing, or destroyed. Upon review of the record, trial court reporter, Leslie Reyes, provided an affidavit indicating that state's exhibit 137 was unable to be copied and displays a message that the disk was corrupted. Due to this

status, we construe this portion of the reporter's record as lost, missing, or destroyed.

This sequence of events requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights. *See* TEX. R. APP. P. 35.3(b), (c). Accordingly, this appeal is abated and the cause remanded to the trial court. The trial court shall cause a hearing to be held to determine if the reporter's record, state's exhibit 137, or any other part thereof, is missing, lost, or destroyed. Furthermore, the court is instructed to make findings under TEX. R. APP. P. 34.6(f), if necessary. Otherwise, the court shall determine what steps are necessary to ensure the prompt preparation of a reporter's record and shall enter any orders required to avoid further delay and to preserve the parties' rights.

The trial court shall cause its findings, together with any orders it may enter, to be included in a supplemental clerk's record. Furthermore, the trial court shall cause a supplemental reporter's record of any proceedings to be prepared. The supplemental clerk's record and supplemental reporter's record shall be filed with the Clerk of this Court on or before the expiration of thirty days from the date of this order.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
18th day of July, 2022.

2